NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3061

RICKEY D. CARROW,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

and

DEPARTMENT OF VETERANS AFFAIRS,

Intervenor.

Petition for review of the Merit Systems Protection Board in DC3443070780-M-1.

ON MOTION

## O R D E R

The Department of Veterans Affairs moves without opposition to reform the caption to name the Merit Systems Protection Board as respondent and the Department as intervenor.

Pursuant to 5 U.S.C. § 7703(a)(2), the Board is designated as the respondent when the Board's decision concerns the procedure or jurisdiction of the Board. The employing agency is designated as the respondent when the Board reaches the merits of the underlying case.

Accordingly,

IT IS ORDERED THAT:

The motions are granted. The revised official caption is reflected above.

FOR THE COURT

MAR 0 3 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Scott Thomas Palmer, Esq.
Geoffrey Eaton, Esq.
Chad Bungard, Esq.

s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 3 2010

**JAN HORBALY**
**CLERK**